UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Alberto Lujan</u>

       v.                       Case No. 04-cv-247-SM

<u>United States of America</u>

<u>O R D E R</u>

It has come to the court's attention that Attorney Ronald Abramson is no longer associated with the law firm of Bailinson & O'Leary, PC. On three occasions the clerk's office contacted Attorney Charles F.A. O'Leary from that law firm and requested the he file a substitute appearance for Attorney Abramson. To date, Attorney O'Leary has filed no substitute appearance.

Attorney O'Leary shall file a substitute appearance by October 11, 2005. If Attorney O'Leary fails to file a substitute appearance by that date, the court will treat Attorney Abramson as withdrawn from the case and will schedule a show cause hearing as to the continued validity of Attorney Randy Olen's pro hac vice status.

SO ORDERED.

Date: October 4, 2005

                                                       Steven J. McAuliffe
                                                       Chief Judge

cc:    Charles F.A. O'Leary, Esq.
        Donald A. Feith, Esq.
        Randy Olen, Esq.