UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Alberto Lujan</u>

    v.                                      Civil No. 04-cv-247-SM

<u>United States of America</u>


<u>NOTICE OF RULING</u>

Re:  Document No. 24, Assented to Motion to Continue Hearing


    Ruling:  Granted.  Petitioner's lengthy sentence makes it somewhat unimportant, to him, whether this case moves along quickly toward resolution, but the public and the court has an interest in resolving it within a reasonable time frame.  There have been a number of continuances for various reasons, but now it is necessary to move toward resolution.  Future continuance requests will be disfavored.


                                                  Steven J. McAuliffe
                                                  Chief Judge

April 7, 2006

cc:  Randy Olen, Esq.
     Charles F. A. O'Leary, Esq.
     Donald A. Feith, Esq.