UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Alberto Lujan</u>

        v.                        Case No. 04-cv-247-SM

<u>United States of America</u>

O R D E R

The court having granted relief under 28 U.S.C. § 2255, the criminal sentence in <u>United States v. Alberto Lujan,</u> Case No. 92-cr-91-01-SM, is amended as necessary to reflect the relief allowed. An Amended Judgment and Commitment Order shall be entered in the criminal case (Case No. 92-cr-91-01-SM).

      SO ORDERED.

April 5, 2007

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

cc:    Don Feith, AUSA
        Randy Olen, Esq.
        US Probation
        US Marshal